**Order entered January 20, 2021**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-01056-CV

## IN THE INTEREST OF C.C. AND F.C., CHILDREN

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 87760**

## ORDER

Before the Court is appellant's January 19, 2021 second motion for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to **February 8, 2021**. We sternly caution appellant that further extension requests in this accelerated appeal involving the termination of parental rights will be strongly disfavored.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE